# Kinney, Appellant, *v.* Citizens' Building & Loan Association of Philadelphia.

*Affidavit of defense—Insufficiency of statement—Practice, C. P.*

In an action of assumpsit, summary judgment is properly refused where the denials of liability of the affidavit of defense are as specific as the statement of claim, which fails to set forth the character of labor and trouble expended, the amount of personal time consumed, the rate at which compensation was claimed, and the purposes for which money was expended.

Submitted Oct. 21, 1908.  Appeal, No. 165, Oct. T., 1908, by plaintiff, from order of C. P. No. 5, Phila. Co., June T., 1908, No. 2,516, discharging rule for judgment for want of a sufficient affidavit of defense in case of Robert D. Kinney v. Citizens' Building & Loan Association of Philadelphia.  Before Rice, P. J., Porter, Henderson, Morrison, Orlady, Head and Beaver, JJ.  Affirmed.

Assumpsit for services and money expended.  Before Martin, P. J.

The opinion of the Superior Court states the case.

*Error assigned* was order discharging rule for judgment for want of a sufficient affidavit of defense.

*Robert D. Kinney,* p. p.

*John B. Rutherford,* for appellee.

Per Curiam, November 9, 1908:

The refusal of summary judgment for the disputed items of the plaintiff's claim is fully vindicated by the opinion of the learned judge below.  As he well says: "The affidavit for the purposes of the present argument must be assumed true.  Its denials of liability are as specific as the statement of claim, which fails to set forth the character of labor and trouble ex-

pended, the amount of personal time consumed, the rate at which compensation is claimed and the purposes for which the money was expended."

The appeal is dismissed at the costs of the appellant without prejudice to his right of trial by jury, and a second appeal after final judgment.